

**Property Address:** 17909 Torrence Ave. Lansing IL 60438

| Unit: | # Beds/Baths: | Lease Start Date: | Lease End Date: | Current Rent: | Market Rent: | Current Balance: | Security Deposit: | Subsidized? (Y/N): |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 Bed / 1 Bath | - | MTM | $ 650.00 | $ 1,200.00 | All Current | $ - | N |
| 2 | 2 Bed / 1 Bath | 3/1/21 | MTM | $ 750.00 | $ 1,200.00 | | $ - | N |
| 3 | 2 Bed / 1 Bath | 4/1/21 | MTM | $ 950.00 | $ 1,200.00 | | $ - | N |
| 4 | 2 Bed / 1 Bath | 2/1/20 | MTM | $ 850.00 | $ 1,200.00 | | $ - | N |
| 5 | 2 Bed / 1 Bath | 4/8/22 | 4/30/23 | $ 980.00 | $ 1,200.00 | | $ - | N |
| 6 | 1 Bed / 1 Bath | - | MTM | $ 900.00 | $ 1,050.00 | | $ - | N |
| | | | | | | | | |
| **Totals:** | | | | $ 5,080.00 | $ 7,050.00 | | | |

Although the information contained herein has been obtained and verified by a reliable source, and CitiPoint believes same to be accurate. CitiPoint does not guarantee, warrant, or represent anything contained herein. Citipoint often relies on owner's representations regarding information set forth herein. CitiPoint shall not be liable to any party for the declarations set forth herein.