---------- Forwarded message ---------
From: **Lori Mikosz** <lori.mikosz@mychaseagent.com>
Date: Thu, Feb 16, 2023 at 11:07 AM
Subject: DES PLAINES OFF MARKET - CASH FLOW EXPERTS - CITYPOINT
To: <shobana.shankar2@gmail.com>



## Northwest Suburb 8-Unit Multifamily Property
## **DES PLAINES, IL**

**Price:** $900,000(make an offer/negotiable)

**In Place NOI:** $57,728

**Projected NOI:** $85,356

**Cost per unit:** $112,500

**Today's Market Value:** $1,170,000

   



# LORI MIKOSZ

## INVESTMENT BROKER

 (630) 677-4571

 lori@citipoint.org
lori.mikosz@mychaseagent.com

 25 E Main St Ste 204, Roselle, IL 60172

CHASE REAL ESTATE LLC ©LoriMikosz

**Share this email:**

   

**Manage** your preferences | **Opt out** using **TrueRemove**®

Got this as a forward? **Sign up** to receive our future emails.

View this email **online**.

, |

This email was sent to shobana.shankar2@gmail.com.
*To continue receiving our emails, add us to your address book.*

emma