IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHOBANA SHANKAR, et al., | Case No. 1:23-cv-01469 |
| Plaintiffs, | Judge Virginia M. Kendall |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| FAIRVIEW AVE. PROPS, et al., | |
| Defendants. | |

**MOTION TO APPROVE SETTLEMENT**

Plaintiffs Umer Malik, Shobana Shankar, Raghavendra Jayanth Chakravarthy, Ger Lih Lin, Thomas Lanzetta, Marilyn Nowakowski, Gregory Haynes, Fathi Said, David Weiner, Jonathan Sor, Randy Hui, Thomas Michel, Kenneth Stafford, Rick Chen, Harry Tang, Tony Lau, Thomas Lau, Stephane Verdier, Thomas Michel, Francisco Fernandez, Sylvia Gonzalez, ("Plaintiffs"), by and through their attorneys, Lisa M. Gaspero and Carmen A. Gaspero of Gaspero & Gaspero, and Defendants Brenda Murzyn and the Law Office of Brenda Murzyn, by their attorneys Tod H. Rotman, Clausen Miller, P.C., bring their Motion Seeking this Court's approval of their settlement in principle. In support, the parties state as follows:

1

1. Plaintiffs brought the present fifteen individual actions alleging, *inter alia,* violations of the Racketeer Influenced and Corrupt Organization Act, 18 U.S.C. § 1961, *et seq,* the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, *et seq.,* and the Illinois Real Estate License Act, 225 ILCS 454/1-1, *et seq*., along with common law fraud, breach of contract, negligent misrepresentation, and unjust enrichment.

2. The above cases were deemed related pursuant to Local Rule 40.4 and were consolidated for discovery purposes only. The cases are as follows:

| Case Name | Assigned Judge |
|---|---|
| *Shankar, et al. v. Fairview Ave. Prop., LLC, et al.,* **Case No. 1:23-cv-01469** | Hon. Virginia Kendall |
| *Weiner v. Chojnacki, et al.,* **Case No. 1-23-16573** | Hon. Virginia Kendall |
| *Haynes v. Fairview Ave. Prop., LLC, et al.,* **Case No. 1:23-cv-01596** | Hon. Virginia Kendall |
| *Abbas v. Mikosz, et al.,* **Case No. 1:23-cv-01691** | Hon. Virginia Kendall |
| *Sor v. TCF National Holdings, Inc., et al.,* **Case No. 1:23-cv-02401** | Hon. Virginia Kendall |
| *Chen, et al. v. Chojnacki, et al.,* **Case No. 1:23-cv-02520** | Hon. Virginia Kendall |
| *Michel, et al. v. Chojnacki, et al.,* **Case No. 1:23-cv-02546** | Hon. Virginia Kendall |
| *Said, et al. v. Chojnacki, et al.,* **Case No. 1:23-cv-02858** | Hon. Virginia Kendall |
| *Stafford v. Chojnacki, et al.,* **Case No. 1:23-cv-03173** | Hon. Virginia Kendall |
| *Malik, et al. v. Prairie Raynor LLC, et al.* **Case No. 1 :23-cv-01182** | Hon. Virginia Kendall |
| *Hui v. Chojnacki, et al.* **Case No. 1 :23-cv-03430** | Hon. Virginia Kendall |
| *Fernandez, et al. v. Deodar Evergreen etc., et al.* **Case No. 1 :23-cv-04406** | Hon. Virginia Kendall |
| *Ger Lih-Lin v. Chojnacki, et al.* **Case No. 1:24-cv-03725** | Hon. Virginia Kendall |
| *Lanzetta v. 11902 Longwood LLC, et al.* **Case No. 1:24-11404** | Hon. Virginia Kendall |
| *Nowakowsi v. Chojnacki, et al.* **Case No. 1:24-11565** | Hon. Virginia Kendall |

3. All Plaintiffs and Defendants Brenda Murzyn and the Law Office of Brenda Murzyn have now reached a settlement in principle in the amount of $200,000.00, to be divided equitably between all Plaintiffs. *See Settlement Release attached as Exhibit 1 executed by all Plaintiffs and Defendants Brenda Murzyn and the Law Office of Brenda Murzyn.* This $200,000.00 settlement represents Brenda Murzyn and the Law Office of Brenda Murzyn's insurer's tender of the remaining balance of the attorney's liability insurance policy for Defendants Brenda Murzyn and the Law Office of Brenda Murzyn.

4. The insurance policy at issue is a declining limits attorney liability policy. Defendants Brenda Murzyn and the Law Office of Brenda Murzyn have denied any and all wrongdoing. However, the parties have agreed that litigating these matters further would not serve the parties in that it would deplete the policy due to the expected attorneys' fees and costs in litigating this matter.

5. No third-party claims have been filed against Defendants Brenda Murzyn or the Law Office of Brenda Murzyn. This settlement will exclude any liability of Brenda Murzyn in her capacity as agent of Defendant BLM Title Company. *See Release attached as Exhibit 1.* It would not relate to any actions as agent for BLM Title (Lakeland Title) which is covered under a separate insurance policy and is a separate Defendant.

6. The parties are seeking this Court's approval of the settlement between them. *See Shapo v. Engle.* 1999 U.S. Dist. LEXIS 18221 (N.D. Ill. 1999). Whether a settlement was made in good faith is left largely to the discretion of the court. *Shapo v. Engle,* 1999 U.S. Dist. LEXIS at 7. The settlement between Plaintiffs and Defendants Brenda Murzyn and the Law Office of Brenda Murzyn is made in good faith. The settlement is supported by consideration, namely, the tender of the $200,000.00 remaining attorney's liability policy of Defendants Brenda Murzyn and the Law Office of Brenda Murzyn. The parties negotiated at arm's length and there is no hint of collusion.

Further, the $200,000.00 settlement amount – representing the tender of the remaining attorney's liability policy - is not insubstantial and is reasonable and fair. *See Shapo v. Engle,* 1999 U.S. Dist. LEXIS at 8.

      WHEREFORE, Plaintiffs Umer Malik, Shobana Shankar, Raghavendra Jayanth Chakravarthy, Ger Lih Lin, Thomas Lanzetta, Marilyn Nowakowski, Gregory Haynes, Fathi Said, David Weiner, Jonathan Sor, Randy Hui, Thomas Michel, Kenneth Stafford, Rick Chen, Harry Tang, Tony Lau, Thomas Lau, Stephane Verdier, Thomas Michel, Francisco Fernandez, Sylvia Gonzalez, ("Plaintiffs") and Defendants Brenda Murzyn and the Law Office of Brenda Murzyn respectfully request their Motion for a Good Faith Settlement Finding be granted and this Court grant any further relief deemed appropriate.

    Respectfully submitted,

    /s/ *Lisa M. Gaspero*

Lisa M. Gaspero
Carmen A. Gaspero
GASPERO & GASPERO
2001 Butterfield Rd., Ste. 1022
Downers Grove, IL 60515
Telephone: (630) 687-9700
Facsimile: (630) 687-9705
lisa@gasperolaw.com
carmen@gasperolaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on March 24, 2025 a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

By**:**   */s/ Lisa Gaspero*


/s/ Carmen Gaspero
/s/ Lisa Gaspero
Carmen A. Gaspero
Lisa M. Gaspero
GASPERO & GASPERO ATTORNEYS AT LAW, P.C.
2001 Butterfield Rd., Suite 1022
Downers Grove, IL 60515
(630) 687-9700
carmen@gasperolaw.com
lisa@gasperolaw.com
*Counsel for all Plaintiffs*