**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Shobana Shankar, et al.

                                       Plaintiff,

v.                                                      Case No.: 1:23−cv−01469
                                                              Honorable Virginia M. Kendall

Fairview Avenue Properties LLC, et al.

                                       Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, April 17, 2025:

      MINUTE entry before the Honorable Virginia M. Kendall. Status and Motion hearing held on 4/17/2025 via Webex. Plaintiff's Motion for approval of Settlement as to Defendants Brenda Murzyn and Law Office of Brenda Murzyn [123] is granted. Written Discovery shall be produced by 5/2/2025 for all cases. Status hearing set for 5/29/2025 is reset for 6/26/2025 at 9:30 AM which will proceed via Webex. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us−courts.webex.com/join/virginia_kendalli lnd.uscourts.gov You can use the dial in option ONLY if you do not have access to a device with video capability: (650)−479−3207, the access code is: 180 698 4009. Mailed notice(lk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.